## Commonwealth *v.* Owens, Appellant.

Submitted November 25, 1975. *John R. Cook,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Charles W. Johns* and *Robert L. Eberhardt,* Assistant District Attorneys, *Chris G. Copetas,* Deputy Assistant District Attorney, *Michael J. Reilly,* Administrative Assistant District Attorney, and *Robert E. Colville,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.